UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TIMOTHY HERNANDEZ, on behalf of himself
and all others similarly situated,

Plaintiffs,

v.

THE CHILDREN'S PLACE, INC.,

Defendant.

Case No.: 1:24-cv-02417-LDH-SJB

**STIPULATION AND ORDER OF**
**FINAL DISMISSAL WITH**
**PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Timothy

Hernandez and Defendant The Children's Place ("Defendant"), by and through their undersigned

counsel, that the above-captioned action be and is hereby dismissed in its entirety, with prejudice,

and with no award of attorneys' fees or costs by the Court to any party.

Respectfully submitted,

Stein Saks, PLLC
One University Plaza
Hackensack, NJ 07601
(201) 282-6500

By:   _s/Mark Rozenberg_          
        Mark Rozenberg

Dated:  July 1, 2024

ATTORNEY FOR PLAINTIFF

JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, NY 10017
(914) 872-6888

By:   _s/Joseph J. Lynett_          
        Joseph J. Lynett

Dated: July 1, 2024

ATTORNEYS FOR DEFENDANT

SO ORDERED:

_____
Hon. Magistrate Judge Sanket J. Bulsara

Dated: _____, 2024
            Brooklyn, New York